✎ PS 8
(3/15)

Case 4:19-cr-06048-MKD    ECF No. 249    filed 05/24/23    PageID.1407    Page 1 of 2

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 24, 2023

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| | | | |
|---|---|---|---|
| U.S.A. vs. | Diaz, Lazaro | Docket No. | 0980 4:19CR06048-MKD-2 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Elizabeth Lee, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Lazaro Diaz, who was placed under pretrial release supervision by the Honorable Mary K. Dimke, U.S. District Judge, sitting in the court at Richland, Washington, on the 6th day of December 2022, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

On January 6, 2023, the undersigned officer reviewed with Mr. Diaz the conditions of pretrial release supervision, to include standard condition number 9, as noted above. Mr. Diaz signed a copy of his release conditions.

**Violation #1:** Lazaro Diaz is considered to be in violation of his pretrial release conditions by using a controlled substance, methamphetamine, on or about April 28, 2023.

On May 1, 2023, Mr. Diaz reported to the probation office as previously instructed. Mr. Diaz completed a drug test during that office visit which was presumptive positive for methamphetamine. Mr. Diaz initially denied any drug use. He reported he was around people who were using drugs and that he had only "smelled" the drug. Mr. Diaz later admitted to using methamphetamine on or about April 28, 2023. Mr. Diaz signed a drug use admission form.

Mr. Diaz was placed on increased reporting to the probation office with increased drug testing. To date, Mr. Diaz has complied with the increased reporting instructions and drug tests have been negative. Mr. Diaz is enrolled in intensive outpatient substance abuse treatment services at Merit Resource Services, and remains in compliance. Therefore, it is respectfully recommended no action to be taken at this time.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

| | |
|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. |
| | Executed on:    May 24, 2023 |
| by | s/Elizabeth Le |
| | Elizabeth Lee<br>U.S. Pretrial Services Officer |

PS-8
**Re: Diaz, Lazaro**
**May 24, 2023**
**Page 2**

THE COURT ORDERS

[X]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*Alexander C. Ekstrom*
_____
Signature of Judicial Officer

May 24, 2023
_____
Date