PROB 12C
(6/16)

Report Date: December 12, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 12, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Lazaro Diaz | Case Number: 0980 4:19CR06048-MKD-2 |

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮, Pasco, Washington 99301

Name of Sentencing Judicial Officer:  The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: July 20, 2023

| | |
|---|---|
| Original Offense: | Distribution of 50 Grams or More of Actual Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(C) |
| Original Sentence: | Prison - Time Served (1,152 days)<br>TSR - 4 years |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Stephanie A. Van Marter |
| | Date Supervision Commenced: July 20, 2023 |
| Defense Attorney: | Craig D. Webster |
| | Date Supervision Expires: July 19, 2027 |

### PETITIONING THE COURT

To issue a summons.

On July 28, 2023, the undersigned officer reviewed with Mr. Diaz the conditions of supervised release, he signed a copy of his conditions, and verbalized understanding his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**:  Lazaro Diaz is considered to be in violation of his term of supervised release by having used a controlled substance, methamphetamine, on or before December 7, 2023. |
| | On December 7, 2023, Mr. Diaz reported to the probation office as instructed for drug testing. Mr. Diaz completed the drug test and the test results were presumptive positive for amphetamine and methamphetamine. Mr. Diaz initially denied any drug use and after further questioning, he admitted to the undersigned officer to snorting approximately two lines of methamphetamine about 4 or 5 days prior while he was at a park near his mother's residence. |

Prob12C

**Re: Diaz, Lazaro**
**December 12, 2023**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   December 12, 2023

s/Elizabeth Lee

Elizabeth Lee
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other



Signature of Judicial Officer

12/12/2023

Date