```
PROB 12C
(6/16)
```

Report Date: December 28, 2023

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 28, 2023

SEAN F. McAVOY, CLERK

Name of Offender: Lazaro Diaz   Case Number: 0980 4:19CR06048-MKD-2

Address of Offender: ███████████ Pasco, Washington 99301

Name of Sentencing Judicial Officer:  The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: July 20, 2023

| | |
|---|---|
| Original Offense: | Distribution of 50 Grams or More of Actual Methamphetamine, 21 U.S.C. § 841 (a)(1), (b)(1)(C) |
| Original Sentence: | Prison - Time Served (1152 days)<br>TSR - 4 years |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Stephanie A. Van Marter |
| | Date Supervision Commenced: July 20, 2023 |
| Defense Attorney: | Federal Defender |
| | Date Supervision Expires: July 19, 2027 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violation previously reported to the Court on 12/12/2023.

On July 28, 2023, conditions of supervised release were reviewed with Mr. Diaz. He signed a copy of his conditions and verbalized understanding his requirements.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Lazaro Diaz is considered to be in violation of his term of supervised release by having used a controlled substance, methamphetamine, on or before December 11, 2023. |
| | On December 11, 2023, Mr. Diaz reported to the probation office as instructed and submitted a urine sample that was presumptive positive for methamphetamine. Mr. Diaz denied any drug use. The urine sample was sent to the contracted laboratory and confirmation was received on December 18, 2023, positive for methamphetamine. |

Prob12C
**Re: Diaz, Lazaro**
**December 28, 2023**
**Page 2**

| | | |
|---|---|---|
| 3 | | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Lazaro Diaz is considered to be in violation of his term of supervised release by having used a controlled substance, methamphetamine, on or before December 18, 2023.

On December 18, 2023, Mr. Diaz reported to the probation office as instructed and submitted a urine sample that was presumptive positive for methamphetamine. Mr. Diaz denied any drug use. The urine sample was sent to the contracted laboratory and results are pending.

| | | |
|---|---|---|
| 4 | | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Lazaro Diaz is considered to be in violation of his term of supervised release by having used a controlled substance, methamphetamine, on or about December 24, 2023.

On December 26, 2023, Mr. Diaz reported to the probation office as instructed and submitted a urine sample that was presumptive positive for methamphetamine. Mr. Diaz verbally admitted his use, and completed the drug use admission form indicating he used on December 24, 2023. The urine sample was sent to the contracted laboratory and results are pending.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violation previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   December 28, 2023

s/Jose Valencia

Jose Valencia
U.S. Probation Officer

Prob12C
**Re: Diaz, Lazaro**
**December 28, 2023**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

12/28/2023

Date