PROB 12C
(6/16)

Report Date: January 3, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 04, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Lazaro Diaz                                    Case Number: 0980 4:19CR06048-MKD-2

Address of Offender:                            Pasco, Washington 99301

Name of Sentencing Judicial Officer:  The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: July 20, 2023

| | | | |
|---|---|---|---|
| Original Offense: | Distribution of 50 Grams or More of Actual Methamphetamine, 21 U.S.C. § 841 | | |
| Original Sentence: | Prison - 1,152 days; TSR - 48 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Stephanie A. Van Marter | Date Supervision Commenced: | July 20, 2023 |
| Defense Attorney: | Craig Webster | Date Supervision Expires: | July 19, 2027 |

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 12/12 and 12/28/2023.

On July 28, 2023, conditions of supervised release were reviewed with Mr. Diaz. He signed a copy of his conditions and verbalized understanding his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**:  Lazaro Diaz is considered to be in violation of his term of supervised release by having used a controlled substance, methamphetamine, on or before January 2, 2024. |
| | On January 2, 2024, Mr. Diaz reported to the probation office as instructed and submitted a urine sample that was presumptive positive for methamphetamine. Mr. Diaz denied any drug use. The urine sample was sent to the contracted laboratory and confirmation is pending. |

Prob12C
Re: Diaz, Lazaro
January 3, 2024
Page 2

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  January 3, 2024

s/SanJuanita B. Coronado

SanJuanita B. Coronado
Supervisory U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

*M.K. Dimke*

Signature of Judicial Officer

01/04/2024

Date