# United States District Court, Eastern District of Washington
## Magistrate Judge Alexander C. Ekstrom
### Richland

**USA v.  LAZARO DIAZ**          Case No.      **4:19-CR-6048-MKD-2**

**Status Hearing:**                                                                 **01/04/2024**

| | | | |
|---|---|---|---|
| ☒ | Sara Gore, Courtroom Deputy<br>Pam Howard, Courtroom Deputy [Y] | ☒ | Brandon Pang, US Atty |
| | | ☒ | Juliana Van Wingerden, Defense Atty |
| ☒ | Elizabeth Lee, US Probation / Pretrial Services Officer | ☒ | Interpreter - **NOT REQUIRED** |
| ☒ | Defendant present ☒in custody of USM | | |

## REMARKS

Richland Video Conference (ACE @ Yakima; Counsel and Defendant @ Richland)
The Defendant agreed to appear via video conference.

    Defense counsel motioned to continue the hearing to next Thursday to allow time for the full lab results.

    No objection by USA.

    **Court:** Motion to continue is **granted.**

**Continued Detention Hearing:**
**1/11/2024 @ 11:00 a.m.**
**[R/ACE]**