UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 14, 2024

SEAN F. McAVOY, CLERK

U.S.A. vs.            Diaz, Lazaro            Docket No.    0980 4:19CR06048-MKD-2

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Elizabeth Lee, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant, Lazaro Diaz, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom, sitting in the court at Richland, Washington on the 18th day of January 2024, under the following conditions:

**Release Condition #3**: If Defendant leaves before or during the transport to the treatment facility, after arrival to the treatment facility, or is terminated from treatment for any reason, the treatment facility personnel shall immediately notify the United States Probation/Pretrial Services Officer, who shall in turn immediately notify the Court.

**Release Condition #5:** While attending treatment, Defendant shall abide by previously imposed conditions of supervised release as directed by United States Probation/Pretrial Services. Said conditions are further expressly reimposed under 18 U.S.C. § 3142(c), pursuant to this Court's authority to grant pre revocation hearing release under Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1).3.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Lazaro Diaz is considered to be in violation of his conditions of release by being unsuccessfully discharged from inpatient treatment at American Behavioral Health Systems (ABHS), on February 14, 2024.

**Violation #2:** Lazaro Diaz is considered to be in violation of his conditions of release by having consumed a controlled substance, suboxone, without a valid prescription, and snorting buspirone, on or before February 14, 2024.

Violations 1-2 preface combined for brevity:

On January 11, 2024, Mr. Lazaro appeared before Your Honor for a detention hearing pending the supervised release revocation hearing. At that time, Mr. Diaz remained in custody. On January 18, 2024, after the Court's further consideration, the defendant was released to enter inpatient treatment at ABHS.

On January 22, 2024, Mr. Lazaro entered inpatient treatment at ABHS at the facility located in Chehalis, Washington. On February 14, 2024, the undersigned officer received a phone call from the treatment facility supervisor, Holly Brown, reporting Mr. Diaz was being discharged from treatment after he was discovered to have been using suboxone without a valid prescription, and he snorted the buspirone medication. Furthermore, Mr. Diaz was discovered to have attempted to arrange the introduction of a controlled substance, methamphetamine, into the facility using a shampoo bottle. He had also been found in possession of a torch lighter.

Re: Diaz,, Lazaro
February 14, 2024
Page 2

PRAYING THAT THE COURT WILL ORDER A WARRANT

| | |
|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. |
| | Executed on: February 14, 2024 |
| by | s/Elizabeth Lee |
| | Elizabeth Lee<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

_Alexander C. Ekstrom_
Signature of Judicial Officer

February 14, 2024
Date