PROB 12C
(6/16)

Report Date: May 30, 2024

## United States District Court

#### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 30, 2024

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Lazaro Diaz | Case Number: 0980 4:19CR06048-MKD-2 |
| Address of Offender: ▇▇▇▇▇▇▇▇▇▇ Pasco, Washington 99301 | |
| Name of Sentencing Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge | |
| Date of Original Sentence: July 20, 2023 | |
| Original Offense: Distribution of 50 Grams or More of Actual Methamphetamine, 21 U.S.C. § 841 (a)(1), (b)(1) (C) | |
| Original Sentence: Prison - Time Served (1152 days) TSR - 4 years | Type of Supervision: Supervised Release |
| Revocation Sentence (March 14, 2024): Prison- 120 days TSR- 32 months | |
| Asst. U.S. Attorney: Stephanie A. Van Marter | Date Supervision Commenced: May 2, 2024 |
| Defense Attorney: Jennifer R. Barnes | Date Supervision Expires: January 1, 2027 |

### PETITIONING THE COURT

To issue a **warrant**.

On July 28, 2023, and on May 2, 2024, all the conditions of supervised release were reviewed with Mr. Diaz. He signed a copy of his conditions, and was provided with a copy. Mr. Diaz verbalized understanding all his conditions of supervised release.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Lazaro Diaz is considered to be in violation of his term of supervised release by having used a controlled substance, methamphetamine, on or about May 5, 2024. |
| | On May 9, 2024, Mr. Diaz reported to the probation office and completed a drug test. This drug test was presumptive positive for amphetamine and methamphetamine. Initially, Mr. Diaz denied any drug use when questioned. This drug test was packaged and sent to Abbott |

Prob12C
Re: Diaz, Lazaro
May 30, 2024
Page 2

Laboratory for confirmation. After further questioning, Mr. Diaz admitted to contacting a known drug user to seek and obtain methamphetamine. He admitted to having vaped the methamphetamine on or about May 5, 2024.

Mr. Diaz signed a drug use admission form. The probation office later received the drug test report from Abbott Laboratory on May 14, 2024, confirming a positive result for methamphetamine.

2  **Standard Condition # 8:** You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting permission of the probation officer.

**Supporting Evidence**: Lazaro Diaz is considered to be in violation of his term of supervised release by contacting an individual names Alexia, whom he knows to be engaged in criminal activity, on or about May 5, 2024.

On May 9, 2024, Mr. Diaz reported to the probation office. During this office visit, Mr. Diaz admitted to purposefully contacting Alexia, whom he claimed he did not know her last name, but knew he could obtain methamphetamine from. He admitted arranging to meet with this individual outside a store near a park and a public library in Pasco, Washington. More over, Mr. Diaz admitted to buying $5 worth of methamphetamine, about 1 gram, from Alexia, and he knew he could obtain drugs from her when he contacted her.

Mr. Diaz did not have permission from the probation officer to have contact with this individual.

3  **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Lazaro Diaz is considered to be in violation of his term of supervised release by having used a controlled substance, methamphetamine, on or about May 14, 2024.

On May 14, 2024, Mr. Diaz reported to the probation office and completed a drug test. This drug test was presumptive positive for amphetamine and methamphetamine. Mr. Diaz initially denied any drug use and stated, "it should be clean."

After further questioning, Mr. Diaz admitted to the undersigned officer to having used methamphetamine approximately 2 days prior. Mr. Diaz explained the vape pen he previously used to vape the methamphetamine was inside a brown paper bag. The vape pen leaked methamphetamine onto the paper bag and he "tasted" the methamphetamine.

4  **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

Prob12C
**Re: Diaz, Lazaro**
May 30, 2024
Page 3

**Supporting Evidence**: Lazaro Diaz is considered to be in violation of his term of supervised release by having used a controlled substance, methamphetamine, on or about May 23, 2024.

On May 23, 2024, Mr. Diaz reported to the probation office for drug testing. This drug test was presumptive positive for amphetamine and methamphetamine. Mr. Diaz denied any drug use when questioned. This drug test was packaged and sent to Abbott Laboratory for confirmation. It should be noted, the drug test report from Abbott Laboratory is pending.

The U.S. Probation Office respectfully recommends the Court issue a **warrant** requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 30, 2024

s/Elizabeth Lee

Elizabeth Lee
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[X]   Other - the Defendant shall appear before a Magistrate Judge



Signature of Judicial Officer

5/30/2024

Date