PROB 12C
(6/16)

Report Date: August 16, 2024

# United States District Court

**for the**

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 19, 2024

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Lazaro Diaz                                    Case Number: 0980 4:19CR06048-MKD-2

Address of Offender: ███████████   Pasco, Washington 99301

Name of Sentencing Judicial Officer:  The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: July 20, 2023

| | |
|---|---|
| Original Offense: | Distribution of 50 Grams or More of Actual Methamphetamine, 21 U.S.C. § 841 (a)(1), (b)(1)(C) |
| Original Sentence: | Prison - Time Served (1152 days) <br> TSR - 48 months |
| | Type of Supervision: Supervised Release |
| Revocation Sentence: (March 14, 2024) | Prison- 120 days <br> TSR- 32 months |
| Asst. U.S. Attorney: | Stephanie A. Van Marter |
| | Date Supervision Commenced: May 2, 2024 |
| Defense Attorney: | Jennifer R. Barnes |
| | Date Supervision Expires: January 1, 2027 |

### PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 5/30/2024 and 6/17/2024 (docketed on 6/18/2024).

On July 28, 2023, and on May 2, 2024, all the conditions of supervised release were reviewed with Mr. Diaz. He signed a copy of his conditions, and was provided with a copy. Mr. Diaz verbalized understanding all his conditions of supervised release.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Diaz is considered to be in violation of his term of supervised release by having used a controlled substance, methamphetamine, on or about August 14, 2024. |
| | On August 15, 2024, Mr. Diaz reported to the probation office for a scheduled office appointment. During this office visit, Mr. Diaz completed a drug test as instructed and the |

Prob12C
**Re: Diaz, Lazaro**
**August 16, 2024**
**Page 2**

results were presumptive positive for amphetamine and methamphetamine. Initially, Mr. Diaz denied drug use and claimed he had consumed muffins that contained poppy seeds that a family member had given him. After further questioning, Mr. Diaz admitted to the undersigned officer to having consumed methamphetamine the day before, on August 14, 2024, after he left from his mental health appointment at Comprehensive Healthcare. Mr. Diaz reported he then went to a park and used methamphetamine with other individuals who were also using methamphetamine.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   August 16, 2024

s/Elizabeth Lee

Elizabeth Lee
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

M.K. Dimke

Signature of Judicial Officer
8/19/2024
Date