PROB 12C
(6/16)

Report Date: August 19, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Aug 19, 2024**

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Lazaro Diaz | Case Number: 0980 4:19CR06048-MKD-2 |
| Address of Offender: ▇▇▇▇▇▇▇▇▇▇ Pasco, Washington 99301 | |
| Name of Sentencing Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge | |
| Date of Original Sentence: July 20, 2023 | |
| Original Offense: | Distribution of 50 Grams or More of Actual Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(C) |
| Original Sentence: | Prison - Time Served (1152 days)  TSR - 48 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (March 14, 2024) | Prison - 120 days  TSR - 32 months | |
| Asst. U.S. Attorney: | Stephanie A. Van Marter | Date Supervision Commenced: May 2, 2024 |
| Defense Attorney: | Jennifer R. Barnes | Date Supervision Expires: January 1, 2027 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 5/30/2024, 6/17/2024 and 8/16/2024.

On July 28, 2023, and on May 2, 2024, all the conditions of supervised release were reviewed with Mr. Diaz. He signed a copy of his conditions, and was provided with a copy. Mr. Diaz verbalized understanding all his conditions of supervised release.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 9 | **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. Diaz is considered to be in violation of his term of supervised release by having used a controlled substance, methamphetamine, on or about August 18, 2024. |

Prob12C
Re: Diaz, Lazaro
August 19, 2024
Page 2

On August 19, 2024, Mr. Diaz reported to the probation office as instructed. Mr. Diaz submitted a urine sample at the U.S. Probation Office that was presumptive positive for methamphetamine and amphetamine. During this office visit, the undersigned officer asked Mr. Diaz if he had another relapse and Mr. Diaz stated, "Yeah I went to the park again yesterday and there were people at the park who were smoking meth and I asked If I could smoke some meth with them. I had no money and they still let me smoke with them." Mr. Diaz completed a drug use admission form indicating he last used methamphetamine on August 18, 2024. The urine sample was sent to Abbott Laboratory on this date for confirmation, results are still pending.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 19, 2024

s/Jose Valencia

Jose Valencia
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

M. K. Dimke

Signature of Judicial Officer

8/19/2024
Date